IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID HALL,

    Plaintiff,

-vs-                                  CASE NO. _____

RETRIEVAL-MASTERS CREDITORS
BUREAU, INC., DBA AMERICAN
MEDICAL COLLECTION AGENCY,
and,

QUEST DIAGNOSTICS, INC.

    Defendants.
_____/

UAW-GM Legal Services Plan
By: SHARON M. WITHERS  P32691
LIBRADO GAYTON  P-28739
KATHY D. KIHATA  P41422
Attorneys for Plaintiff
503 North Euclid Avenue, Suite 9-D
Bay City, Michigan 48706
(989) 684-3300
_____/

## COMPLAINT

    The Complaint of David Hall by his attorneys, UAW-GM Legal Services Plan, is as follows:

## INTRODUCTION

    1. This is an action for actual damages and statutory damages brought by an individual consumer for violations of the Fair Debt Collection Practices Act, 15 USC 1692 et seq., ("FDCPA") and the Michigan Collection Practices Act, MCLA 339.901, et

seq., ("MCPA"), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

## JURISDICTION

2. Jurisdiction of this court arises under 15 USC 1692k(d) and 28 USC 1331 and under the supplemental jurisdiction as set forth in 28 USC 1367.

## PARTIES

3. Plaintiff DAVID HALL is a natural person currently residing in Saginaw, Michigan and is a "consumer" within the meaning of the Fair Debt Collection Practices Act.

4. Defendant RETRIEVAL-MASTERS CREDITORS BUREAU, INC., DBA AMERICAN MEDICAL COLLECTION AGENCY is a New York corporation with its principal place of business located in Elmsford, New York. RETRIEVAL-MASTERS CREDITORS BUREAU, INC., DBA AMERICAN MEDICAL COLLECTION AGENCY regularly attempts to collect consumer debts asserted to be due another.

5. Defendant QUEST DIAGNOSTICS, INC. is a Delaware corporation with its principal place of business located in Madison, New Jersey. QUEST DIAGNOSTICS, INC. regularly attempts to collect consumer debts both in house and with the assistance of third parties such as Defendant Retrieval-Masters Creditors Bureau, Inc.

## FACTS

6. Defendants communicated, or caused to be communicated, by letters to Plaintiff in an attempt to collect a consumer debt of a third party, namely the wife of Plaintiff, allegedly due to Quest Diagnostics on or about February 3, 2014. Exhibit A.

7. On or about May 16, 2013, Plaintiff's wife, Patricia Hall had a routine medical test done for women only, which costs for such tests are covered benefits under Plaintiff's Blue Cross Blue Shield health insurance carrier.

8. Defendant Quest failed to properly bill Blue Cross Blue Shield and by letter addressed to Plaintiff on September 18, 2013, Exhibit B, sent a dunning notice addressed to Plaintiff even though Plaintiff is not the responsible party, did not receive the services, has not signed any documents agreeing to pay said debt, and has not in any way assumed the responsibility for this debt.

9. From the period Sept. 18th to then end of 2013, Plaintiff repeatedly communicated to Defendants that said bill belonged only to Patricia Hall, yet despite Plaintiff's repeated requests, Defendant Quest refused or failed to correct its records and instead ultimately referred the matter to Defendant Retrieval-Masters Creditors Bureau, Inc., DBA American Medical Collection Agency and has caused this alleged debt to appear on Plaintiff's consumer credit reports.

10. Defendant Quest by letter with a due date of October 9, 2013, Exhibit C, sent a "FOURTH NOTICE" to Plaintiff demanding payment of the alleged debt and threatening further collection action.

11. During the period beginning in October, 2013 to February, 2014, Plaintiff received at least four dunning letters Exhibits A, D, E, and F, on the alleged debt in question from Defendant Retrieval-Masters Creditors Bureau, Inc., DBA American Medical Collection Agency, despite Plaintiff's repeated communications to both Defendants that the debt was not his and that it was his wife, Patricia Hall, that incurred the service and was the sole responsible party.

12. In attempting to collect the alleged debt, Defendants used methods involving harassment and abuse, including the following: repeatedly attempting to collect a third party's debt that Plaintiff did not owe, agree to pay or in any manner assume responsibility for.

13. In a collection communication with Plaintiff, Defendants threatened to communicate false credit information about Plaintiff.

14. In a collection communication with Plaintiff, Defendants made false and misleading statements, including the following: falsely asserting that Plaintiff owed a debt to Quest Diagnostics, Inc., when Defendant knew, or should have known, it was not his.

15. As a result of Defendants' actions in violation of collection statutes, Plaintiff suffered emotional distress and mental anguish.

16. As a result of Defendants' actions in violation of collection statutes, Plaintiff suffered the following actual damages: higher costs of credit on subsequent consumer loans.

### COUNT I
### FAIR DEBT COLLECTION PRACTICES ACT

17. Plaintiff realleges and incorporates by reference all of the above paragraphs.

18. In attempting to collect the alleged debt from Plaintiff, Defendants have committed violations of the Fair Debt Collection Practices Act, 15 USC 1692 et seq., including, but not limited to, the following:

   A. Engaging in harassing, oppressive or abusive conduct. 15 USC 1692d.

   B. Threatening to take action that cannot be legally taken or is not intended to be taken. 15 USC 1692e(5).

C. Using false, representation or deceptive means to collect a debt or to obtain information about the Plaintiff. 15 USC 1692e(10).

## COUNT II
## MICHIGAN COLLECTION PRACTICES ACTS

19. Plaintiff realleges and incorporates by reference all of the above paragraphs.

20. Defendant Retrieval-Masters Creditors Bureau, Inc., DBA American Medical Collection Agency is a collection agency, and Defendant Quest Diagnostics, Inc., a provider of medical servicers, are both engaged in collecting an alleged consumer debt and are covered by the one of the Michigan Collection Practices Acts (MCPAs), MCLA 339.911, et seq., which applies to collection agencies, or by MCLA 445.251, et seq., which also applies to creditors.

21. In their attempts to collect the alleged debt, Defendants committed acts prohibited by the MCPAs, including, but not limited to the following:

A. Using a harassing, oppressive or abusive method to collect a debt. MCLA 339.915 (n) and MCLA 445.252(n).

B. Making an inaccurate, misleading, untrue or deceptive statement or claim. MCLA 339.915 (e) and MCLA 445.252 (e).

22. Plaintiff has suffered injury, loss and damage as the result of Defendants' failure to respect Plaintiff's rights and the privacy interests and expectations protected by the Michigan Acts.

23. Plaintiff has, in addition, suffered substantial actual damages, including emotional distress and humiliation.

24. Defendants' violations of the Michigan Acts were willful, giving rise to treble damages.

WHEREFORE, Plaintiff respectfully requests that judgment be entered against the Defendants for:

A. Actual damages, including for emotional distress;

B. Statutory damages, costs and reasonable attorneys' fees pursuant to 15 USC 1692k;

C. State Act statutory damages pursuant to Michigan Collection Practices Acts;

D. Treble damages, for willful violations, plus costs and reasonable attorneys' fees pursuant to the Michigan Collection Practices Acts;

E. Such other and further relief as may be just and proper.

Dated: January 30, 2015

Respectfully Submitted,

By: SHARON M. WITHERS  P32691
LIBRADO GAYTON  P-28739
KATHY D. KIHATA  P41422
UAW-GM Legal Services Plan
503 North Euclid Avenue, Suite 9-D
Bay City, Michigan 48706
(989) 684-3300



**American Medical Collection Agency**

**NATIONAL COLLECTION AGENCY**

4 Westchester Plaza Suite 110, Elmsford, NY 10523

04 L4Q AUA 868 8622789080
DAVID HALL
603 DAVENPORT AVE
SAGINAW, MI 48602-5616

Pin Number: ▓▓▓▓
1-800-365-3638
1-914-345-7125

**STATUS: PAYMENT OVERDUE**

February 03, 2014

Dear David Hall:

We have written to you repeatedly concerning your debt of **$97.50**. You have neither paid the invoice nor written to dispute the validity of the debt.

As a result, this agency makes an **IMMEDIATE DEMAND** for payment in full. If payment is not made within twenty-one (21) days, your account will be reviewed for additional collection efforts.

You can avoid further collection efforts by sending your payment now. Please enclose the bottom portion of this letter so your account can be properly credited.

 1794-AMCA-136269-64558043-P; 232822-2-359; 34130948-1; 1

---

SEE REVERSE SIDE FOR IMPORTANT INFORMATION.    Detach and return this portion with payment using enclosed envelope

**Amount Due:      $97.50**

To pay online: www.pay.amcaonline.com
☐ VISA    ☐ MASTERCARD

Card #: ▢▢▢▢ ▢▢▢▢ ▢▢▢▢ ▢▢▢▢
Exp. Date: _____    Amount: _____
Signature: _____
Client Code: AUA    Account: 8622789080

| | |
|---|---|
| Service Provider: | **Quest Diagnostics Incorporated** |
| Date of Service: | **May 16, 2013** |
| Invoice Number: | **8622789080** |
| Pin Number: | ▓▓▓▓ |
| Name: | David Hall |
| Street Address: | 603 Davenport Ave |
| City, State Zip: | Saginaw, MI 48602 |

AccountPay Number: ▓▓▓▓
L4Q AUA 868

AMCA
PO BOX 1235
ELMSFORD, NY 10523-0935

AUA097508622789080+++++2

EXHIBIT A

# Quest Diagnostics

4444 GIDDINGS RD
AUBURN HILLS, MI 48326

AB 01 031747 40858 E 113 A

23200845 AUM
DAVID HALL
603 DAVENPORT AVE
SAGINAW, MI 48602-5616

**PAY NOW** at www.QuestDiagnostics.com/bill
Check your balance and make payments 24 hours a day through our secure website www.QuestDiagnostics.com/bill or by using our automated phone system at 1-800-678-6754.

**Customer Service** - WEEKDAYS CLOSED 12:30-1:30PM
08:00 AM - 05:00 PM EST

**Phone:**
1-800-678-6754

**Fax:**
1-248-377-2773

**Send letters only to:**
Quest Diagnostics
4444 GIDDINGS RD
AUBURN HILLS, MI 48326

**Send payments only to:**
Quest Diagnostics
P.O. BOX 740020
CINCINNATI, OH 45274-0020

September 18, 2013

| | |
|---|---|
| Patient Name: | PATRICIA HALL |
| Lab Code: | AUM |
| Invoice Number: | 8622789080 |
| Date of Service: | May 16, 2013 |
| Amount Due: | $97.50 |

Re: Insurance Denial-Payment Due

Dear DAVID HALL:

Thank you for contacting us. Your insurance carrier denied payment indicating your policy maximum has been met, or the services exceed the maximum number allowed by your policy. Please contact your insurance carrier with any questions.

Please submit payment for the amount due. If paying by check, please write the invoice number on your check to ensure proper credit is applied. You may also pay by credit card, via phone or at our secure website, www.QuestDiagnostics.com/bill.

Thank you for using Quest Diagnostics. We look forward to serving you in the future.

Sincerely,

Patient Billing Customer Service

EXHIBIT B

**Quest Diagnostics**
Do not use address below:
P.O. Box 7306
Hollister, MO 65673-7306

AB 01 031741 40858 E 113 A

AUM 23200845 2823987 8622789080 7
DAVID HALL
603 DAVENPORT AVE
SAGINAW, MI 48602-5616

## Laboratory Invoice
Page 1 of 1
For services not included in your physician's bill

| Invoice Date: | Amount Due: | Due Date: |
|---|---|---|
| Sep. 18, 2013 | $97.50 | Oct. 09, 2013 |

**Invoice Number** 8622789080  **Lab Code** AUM

Patient Name: HALL PATRICIA
Responsible Party: DAVID HALL
Date of Service: May 16, 2013
Requested By: G83842ASH,STEPHANIE J

# FOURTH NOTICE

FINAL PAST DUE NOTICE

This is the final notice you will receive from our office to inform you this invoice is seriously past due. Please make payment immediately to prevent your account from being forwarded to a licensed collection agency for further collection action.

If further action is necessary, you may also be liable for additional expenses and costs, as permitted by law, which can substantially increase the amount you owe.

Please contact us today and do not ignore this notice. Thank you for using our laboratory.

Patient Amount Due: $97.50
Tax ID # 38-1882750

For billing inquiries or to pay by phone:
Please have your invoice available for reference.
WEEKDAYS CLOSED 12:30-1:30PM 08:00 AM - 05:00 PM EST
1-800-678-6754
Fax: 1-248-377-2773
or visit our website at www.QuestDiagnostics.com/bill
Se Habla Espanol 08:00AM-05:00PM Hora Estándar del Este

If you have Medicare, Railroad Medicare or Medicaid as your primary or secondary insurance, please send us the information – see reverse side.

The CPT codes provided are based on AMA guidelines and without regard to specific payor requirements.

▲ Please fold and tear along perforation and remit with payment in the envelope provided. ▲

**Quest Diagnostics**

**LOG ON NOW.** Pay your bill online securely at www.QuestDiagnostics.com/bill
or call 1-800-678-6754.
Quest Diagnostics also accepts:

   DISCOVER

Please make checks payable to Quest Diagnostics.
Be sure to include invoice number on your check.

☐ Check here if address has changed.
Please provide your new address information on the back.
Quest Diagnostics reserves the right to assign this receivable to any of its affiliates.

Lab Code: AUM

| Amount Due: | $97.50 |
|---|---|
| Due Date: Oct. 09, 2013 | Invoice Number: 8622789080 |

Patient Name: HALL PATRICIA

| Amount Enclosed: | $ |
|---|---|

If you received an explanation of benefits showing your responsibility is less than the amount shown on this bill, please pay the lesser amount. To fully resolve your invoice, please provide a copy of your explanation of benefits.

**MAIL PAYMENTS ONLY TO:**

QUEST DIAGNOSTICS
P.O. BOX 740020
CINCINNATI, OH 45274-0020

EXHIBIT C

01AUM00018622789080000097503091844860000000000000000

AMERICAN MEDICAL COLLECTION AGENCY
4 Westchester Plaza, Building 4
Elmsford, NY 10523

01 L1Q AUA 868 8622789080
DAVID HALL
603 DAVENPORT AVE
SAGINAW, MI 48602-5616

Pin Number: ▓▓▓▓▓
1-800-365-3638
1-914-345-7125

October 22, 2013

Dear David Hall:

We have been authorized to contact you regarding your past due account for laboratory tests ordered by your physician. These charges were not included in any invoices you received from your doctor or hospital, but were billed directly by our client.

If a claim has already been filed with your insurance company, it may have been denied or only ~~ ou have not paid as agreed and, therefore, owe this remaining balance.

**Your response may prevent further collection activity.**

Your payment in full in the amount of **$97.50** should be sent in the enclosed envelope made payable to American Medical Collection Agency.

See the reverse side of this letter for important information about your rights. If you do not respond, you will be subject to additional collection efforts.

1794-AMCA-133274-60476576-P; 228144-1-67; 33784465-1; 1

SEE REVERSE SIDE FOR IMPORTANT INFORMATION.   Detach and return this portion with payment using enclosed envelope

| Amount Due: | $97.50 |
|---|---|

Service Provider: **Quest Diagnostics Incorporated**
Date of Service: **May 16, 2013**
Invoice Number: **8622789080**
Pin Number: ▓▓▓▓▓
Name: David Hall
Street Address: 603 Davenport Ave
City, State Zip: Saginaw, MI 48602

To pay online: www.pay.amcaonline.com
☐ VISA   ☐ MASTERCARD
Card #:
Exp. Date:     Amount
Signature:
Client Code: AUA     Account: 8622789080
AccountPay Number: ▓▓▓▓▓
L1Q AUA 868

AMCA
PO BOX 1235
ELMSFORD, NY 10523-0935

AUA09750862278908O+++++2

EXHIBIT D

# AMERICAN MEDICAL COLLECTION AGENCY

**COLLECTION AGENCY**

4 Westchester Plaza Suite 110, Elmsford, NY 10523



002996 0101

02 L2Q AUA 868 8622789080
**DAVID HALL**
603 DAVENPORT AVE
SAGINAW, MI 48602-5616

Pin Number: ███████
1-800-365-3638
1-914-345-7125

**SERIOUSLY PAST DUE · SERIOUSLY PAST DUE**

November 25, 2013

Dear David Hall:

You have not responded to our previous notice.

If you do not respond we will assume that you do not dispute the debt in question and your account will be classified as a valid and undisputed debt and subject to collection in full.

For your reference, the **$97.50** you owe is for laboratory tests ordered by your physician and performed by our client. These charges were not included in any invoices you received from your doctor or hospital.

If we do not receive payment we will continue to pursue collections. We urge you to take care of this matter promptly. You may call us at the telephone number above if you have any questions. Otherwise, please mail your payment with the bottom portion of this letter.



1794-AMCA-134195-61765778-P; 229490-2-466; 33894316-1; 1

000007671-A

653439C (PC2)

SEE REVERSE SIDE FOR IMPORTANT INFORMATION.    Detach and return this portion with payment using enclosed envelope

| Amount Due: | $97.50 |
|---|---|

| | |
|---|---|
| Service Provider: | **Quest Diagnostics Incorporated** |
| Date of Service: | May 16, 2013 |
| Invoice Number: | 8622789080 |
| Pin Number: | ███████ |
| Name: | David Hall |
| Street Address: | 603 Davenport Ave |
| City, State Zip: | Saginaw, MI 48602 |

To pay online: www.pay.amcaonline.com
☐ VISA   ☐ MASTERCARD

Card #: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐
Exp. Date: _____  Amount _____
Signature: _____
Client Code: AUA    Account: 8622789080
AccountPay Number: ███████
L2Q AUA 868

AMCA
PO BOX 1235
ELMSFORD, NY 10523-0935

AUA097508622789080+++++2

EXHIBIT E

**AMCA**
AMERICAN MEDICAL COLLECTION AGENCY


002989 0101

03 L3Q AUA 868 8622789080
**DAVID HALL**
603 DAVENPORT AVE
SAGINAW, MI 48602-5616

4 Westchester Plaza Suite 110
Elmsford, NY 10523

Pin Number: ███
1-800-365-3638
1-914-345-7125

December 26, 2013

Dear David Hall:

Your account is **SERIOUSLY DELINQUENT** and we must advise you as follows:

This agency seeks collection of this long overdue invoice.

Your debt in the amount of **$97.50** is for laboratory tests ordered by your physician.

Your lack of response suggests you assume responsibility for this debt.

Your account information has been placed with our agency for the purpose of obtaining payment.

You can resolve this matter quickly and easily by sending payment in full without delay. Otherwise, we must inform you that further collection efforts will be pursued.


1794-AMCA-135107-62876991-P; 230922-2-296; 33999499-1; 1

SEE REVERSE SIDE FOR IMPORTANT INFORMATION.  Detach and return this portion with payment using enclosed envelope

**Amount Due:  $97.50**

Service Provider: **Quest Diagnostics Incorporated**

Date of Service: **May 16, 2013**
Invoice Number: **8622789080**
Pin Number: ███

Name: David Hall
Street Address: 603 Davenport Ave
City, State Zip: Saginaw, MI 48602

To pay online: www.pay.amcaonline.com
☐ VISA    ☐ MASTERCARD
Card #: [ ][ ][ ][ ] [ ][ ][ ][ ] [ ][ ][ ][ ] [ ][ ][ ][ ]
Exp. Date: _____  Amount _____
Signature: _____
Client Code: AUA    Account: 8622789080

AccountPay Number: ███
L3Q AUA 868

AMCA
PO BOX 1235
ELMSFORD, NY 10523-0935

EXHIBIT F

AUA097508622789080+++++2